## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Mireya Quintana Garcilazo

        Plaintiff,

v.                                                        Case No.: 1:25−cv−13321

                                                           Honorable Georgia N. Alexakis

Sam Olson

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

     MINUTE entry before the Honorable Georgia N. Alexakis: Motion hearing held on 10/31/25. For the reasons reflected on the record, plaintiff's petition for writ of habeas corpus [1] is granted. Petitioner Mireya Quintana Garcilazo is ordered released immediately. Respondent is directed to provide petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within fourteen days of this order. If respondent wants the Court to reconsider its ruling and/or to ask the Court to consider arguments that differ from those arguments that respondent has advanced in similar cases throughout the Northern District of Illinois, respondent is directed to submit a memorandum to that effect by 12 p.m. today (10/31/25). Written order to follow. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.