# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mireya Quintana Garcilazo ,

Plaintiff(s),

v.

Sam Olson, Todd M. Lyons, Kristi Noem, Pamela Bondi, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security,

Defendant(s).

Case No. 25-cv-13321
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Petition for writ of habeas corpus granted and judgment entered in favor of Petitioner Mireya Quintana Garcilazo and against Respondent Sam Olson. Respondents Todd M. Lyons, Kristi Noem, Pamela Bondi, U.S. Immigration and Customs Enforcement, and U.S. Department of Homeland Security dismissed from action.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion/order dated 10/31/25.

Date: 11/3/2025

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk